IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| NOEMI TORRES RONDA and ANGELO RIVERA LAMBOY<br>Plaintiffs<br>vs<br>JOINT UNDERWRITING ASSOCIATION; CARIBBEAN ALLIANCE INSURANCE COMPANY; CHARTIS INSURANCE COMPANY OF PUERTO RICO; COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO; INTEGRAND ASSURANCE COMPANY; MAPFRE-PRAICO; NATIONAL INSURANCE COMPANY; OPTIMA INSURANCE COMPANY; REAL LEGACY ASSURANCE COMPANY, INC.; ROYAL & SUN ALLIANCE OF PUERTO RICO, INC.; SEGUROS TRIPLE-S PROPIEDAD INC.; UNIVERSAL INSURANCE COMPANY; ALLSTATE INSURANCE COMPANY; GENERAL ACCIDENT INSURANCE COMPANY; NATIONWIDE MUTUAL INSURANCE COMPANY; RAMON L. CRUZ COLON, in his official capacity as Insurance Commissioner of the Commonwealth of Puerto Rico; RUBEN A. HERNANDEZ GREGORAT, in his official capacity as Secretary of the Department of Transportation and Public Works; and JESUS F. MENDEZ, in his official capacity as Secretary of the Department of the Treasury of the Commonwealth of Puerto Rico<br>Defendants | CIVIL 11-1826CCC |

## **JUDGMENT**

For the reasons set forth in the Opinion and Order issued on this same date, it hereby ORDERED, ADJUDGED and DECREED that this action be DISMISSED, WITH PREJUDICE.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on September 30, 2019.

S/CARMEN CONSUELO CEREZO
United States District Judge