# United States Court of Appeals
## For the First Circuit

Nos. 20-1038, 20-1089

NOEMI TORRES-RONDA; ANGELO RIVERA-LAMBOY,

Plaintiffs, Appellants/Cross-Appellees,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY; AIG INSURANCE COMPANY - PUERTO RICO, f/k/a Chartis Insurance Company of Puerto Rico; ALLSTATE INSURANCE COMPANY,

Defendants, Appellees/Cross-Appellants,

JOINT UNDERWRITING ASSOCIATION; CARIBBEAN ALLIANCE INSURANCE COMPANY; COOPERATIVA DE SEGUROS MULTIPLES DE PUERTO RICO; INTEGRAND ASSURANCE COMPANY; MAPFRE-PRAICO INSURANCE COMPANY; QBE SEGUROS, f/k/a Optima Insurance Company; REAL LEGACY ASSURANCE COMPANY, f/k/a Royal & Sun Alliance of Puerto Rico, Inc.; SEGUROS TRIPLE S PROPIEDAD, INC.; UNIVERSAL INSURANCE COMPANY,

Defendants, Appellees,

NATIONAL INSURANCE COMPANY; GENERAL ACCIDENT INSURANCE COMPANY; JAVIER RIVERA-RIOS, in his official capacity as Insurance Commissioner of the Commonwealth of Puerto Rico; CARLOS CONTRERAS-APONTE, in his official capacity as Secretary of the Department of Transportation and Public Works; FRANCISCO PARES-ALICEA, in his official capacity as the Secretary of the Treasury of the Commonwealth of Puerto Rico,

Defendants.

**JUDGMENT**

Entered: November 17, 2021

    This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of the summary judgment motions is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc: Eric Quetglas-Jordan, Pedro R. Vazquez III, Jose F. Quetglas Jordan, Mario Alfonso Arroyo-Maymi, Moraima S. Rios-Robles, Yamilette Vega-Motta, Eduardo Antonio Zayas-Marxuach, Diana M. Batlle-Barasorda, Rafael Escalera-Rodriguez, Juan J. Casillas-Ayala, Carmen Marie Alfonso-Rodriguez, Mark L. Hanover, Steven Levy, Fernando Demetrio Castro-Maldonado, Pedro R. Cintron-Rivera, Isabel M. Fullana, Adrian Sanchez-Pagan, Jaime Jose Sifre Rodriguez, Luis Sanchez-Betances, Salvador J. Antonetti-Stutts, Daniel Jose Perez-Refojos, Ian Carvajal-Zarabozo, Ineabelle Santiago-Camacho, Margarita Luisa Mercado-Echegaray, Daniel Molina-Lopez, Wandymar Burgos-Vargas, Michael C. McCall, Sheila Johanna Torres-Delgado